IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATAN TORRES,

    Plaintiff,

v.                                          CASE NO. 4:15cv464-RH/CAS

FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

**ORDER DENYING THE MOTIONS TO DISMISS, TO
STAY, AND FOR A PRELIMINARY INJUNCTION**

    This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 16, and the objections, ECF No. 18. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    1. The report and recommendation is ACCEPTED and adopted as the court's opinion.

    2. The motion to dismiss, ECF No. 7, is DENIED

    3. The motion to stay, ECF No. 8, is DENIED.

    4. The motion for a temporary injunction, ECF No. 13, is DENIED.

5. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on January 18, 2016.

>  s/Robert L. Hinkle
>  United States District Judge